Calvin H. Allen, Appellant, Respondent, v. Gold Car Heating Company and Others, Respondents, Appellants.— Order affirmed, without costs to either party, with leave to plaintiff to amend complaint on payment of costs in the court below. No opinion. Settle order on notice.

In the Matter of Charles H. Stoddard, an Attorney.— Reference ordered before the official referee. Settle order on notice.

Samuel Briskman, Appellant, v. Abraham M. Berinstein, Respondent. — Judgment affirmed, with costs. No opinion.

Ellen Duffy, by Bridget Duffy, Her Guardian ad Litem, Respondent, v. New York Contracting Company, Pennsylvania Terminal, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Bartholomew Paolucci, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Joseph J. Bennett, Respondent, v. Lewis F. Shoemaker & Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Rudolph Heiser, Appellant, v. The Cincinnati Abattoir Company, Respondent.— Judgment affirmed, with costs on the authority of *Heiser* v. *Cincinnati Abattoir Co.* (141 App. Div. 400).

Harry C. Palmer, Appellant, v. Gustav Bok, Respondent.— Judgment and order affirmed, with costs. No opinion.

Louis Wendel, Jr., and Robert J. Robeson, Respondents, v. George F. Binninger, Individually and as General Guardian of Ida Binninger and Others, Infants, and Others, Impleaded with George H. Lawrence and Others, as Executors, etc., of Elizabeth H. Sias, Deceased, Appellants.— Judgment, so far as appealed from, affirmed, with costs. No opinion.

Perry A. Weinberg and Theodore S. Clark, Doing Business as Clark & Weinberg, Respondents, v. Elizabeth M. Ricketts, Appellant.— Judgment and order affirmed, with costs. No opinion.

Barnet Chenkin, Appellant, v. Max Lipman, Respondent.— Order affirmed, with costs. No opinion.

Harry Kram, Appellant, v. Joseph Shyev, Respondent.— Judgment affirmed, with costs. No opinion.

Isaac Goodman, Respondent, v. Joseph S. Schwab, Appellant.— Judgment affirmed, with costs. No opinion.

Benjamin Landsman, an Infant, by Charles Landsman, His Guardian ad Litem, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Ernestine Landsman, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

New York Association for the Protection of Game, Appellant, v. Conron Brothers Company, Respondent.— Judgment affirmed, with costs, with